## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Roofers Local No. 96 Fringe Benefit Funds, and the National Roofing Industry Pension Plan,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Kabanuk Contracting, Inc., a Minnesota corporation,<br><br>                    Defendant. | Civil File No.  04-2952 PAM/RLE<br><br><br><br><br>**ORDER<br>FOR JUDGMENT** |

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated June 17, 2005.

Based upon the Court's Order dated June 17, 2005, the Affidavit of Stephen Kelly for Entry of Judgment, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

### ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $78,470.65.


Dated: April    11   , 2006                                             s/Paul A. Magnuson                
                                                                                       United States District Judge